IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OHIO ENVIRONMENTAL COUNCIL,** : | |
| : | Case No. 2:21-cv-4380 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v.  : | |
| : | Magistrate Judge Jolson |
| **U.S. FOREST SERVICE,** *et al.*, : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before this Court on Plaintiff and Federal Defendants' Joint Motion to Stay Briefing on Plaintiff's Motion for Attorneys' Fees and Costs. (ECF No. 60). The parties represent that they intend to attempt to settle Plaintiffs' request for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, without court involvement. As a result, they request a 120 day stay of the briefing on Plaintiff's Motion for Attorney's Fees (ECF No. 59) from the date of their joint motion.

Upon consideration of Plaintiff's and Federal Defendants' Joint Motion to Stay Briefing on Plaintiff's Motion for Attorney's Fees and Costs, it is hereby ORDERED that said motion (ECF No. 60) is **GRANTED**. Briefing on Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 60) is hereby **STAYED** until March 19, 2024. The parties shall file a joint status report with this Court on or before that date.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: December 5, 2023**

1